AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: __00-cr-102__ |
| JOHN DAVENPORT ) | USM No: __06896-068__ |
| Date of Previous Judgment: __04/17/2001__ ) | __David B. Chontos__ |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of [X] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
[ ] DENIED.   [X] GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __40__ months **is reduced to** __32 months__.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level:         __21__                     Amended Offense Level:          __19__
Criminal History Category:    __One__                  Criminal History Category:     __One__
Previous Guideline Range:     __37__ to __46__ months    Amended Guideline Range:   __30__ to __37__ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
[X] The reduced sentence is within the amended guideline range.
[ ] The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
[ ] Other (explain):

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated __04/17/2001__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date:   __7/24/08__                                 __[signature] William S. Standish__
                                                                                      Judge's signature

Effective Date: _____                 _____
                (if different from order date)                          Printed name and title